# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 18-3254

_____

Nelson Auto Center, Inc.

Plaintiff - Appellant

v.

Multimedia Holdings Corporation, doing business as KARE-TV, doing business as KARE 11; Tegna, Inc.

Defendants - Appellees

_____

Appeal from U.S. District Court for the District of Minnesota
(0:17-cv-05577-DWF)
_____

**JUDGMENT**

Before LOKEN, SHEPHERD and STRAS, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

                          March 05, 2020

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

      /s/ Michael E. Gans