# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 18-3254

Nelson Auto Center, Inc.

Appellant

v.

Multimedia Holdings Corporation, doing business as KARE-TV, doing business as KARE 11 and Tegna, Inc.

Appellees

_____

Appeal from U.S. District Court for the District of Minnesota
(0:17-cv-05577-DWF)

_____

**MANDATE**

In accordance with the opinion and judgment of 03/05/2020, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 26, 2020

Clerk, U.S. Court of Appeals, Eighth Circuit